LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>BRIAN I. VOGEL,<br><br>                 Defendant | No. CV A 10-5538<br><br>CONSENT JUDGMENT |

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Brian I. Vogel, in the principal amount of $11,524.81 plus interest accrued to July 19, 2010, in the sum of $25,773.13; with interest accruing thereafter at 9.8% annually until entry of judgment, for a total amount of **$37,297.94**.

DATED: 11/2/2010         By: TERRY NAFISI
                           Clerk of the Court



                           Deputy Clerk
                United States District Court